IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BENJAMIN VAUGHN,

    Defendant.

Case No. 3:08cr116 (1)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE THAT BEGAN JULY 7, 2017, REVOKING SAME AND IMPOSING SENTENCE OF 18 MONTHS, TO BE SERVED CONSECUTIVELY TO THE 60-MONTH SENTENCE IMPOSED BY JUDGE THOMAS M. ROSE IN CASE NO. 3:19CR135(2); NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL ORALLY EXPLAINED AND UNDERSTOOD; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; TERMINATION ENTRY

---

On June 3, 2020, the Defendant, having been previously found in violation of his Supervised Release that began July 7, 2017, appeared in a GoToMeeting videoconference for final disposition. Based upon the record made on the aforesaid June 3, 2020, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 18 months, to be served consecutively to the sentence of 60 months recently imposed by United States District Judge Thomas M. Rose in Case No. 3:19cr135(2). There will be no period of Supervised Release to follow in the captioned cause, given that he will be serving a period of supervision of four years in the aforementioned case 3:19cr135(2).

Following the above, Defendant was orally explained his right of appeal and he indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 25, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
USM